1:23-cv-17108
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert
[1:21-cr-00100-1]
DIRECT
Cat. 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

U.S.C.A. – 7th Circuit
RECEIVED
DEC 26 2023

UNITED STATES OF AMERICA
Plaintiff

v.

LARRY DENNIS
Defendant

) Case No. [1:21-cr-00100-1]
)
)
)
)
)
) Hon. Sharon Johnson Coleman

FILED
12/26/2023 AXA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR POST-CONVICTION RELIEF
## PURSUANT SECT. 2255

Now Comes, the Defendant, LARRY DENNIS, in a pro se action within a post-conviction motion, to present a collateral attack to an unconstitutional sentence; moving this Honorable Court to vacate sentence imposed, set aside for an evidentiary hearing, or correct sentence. The Due Process Clause requires a guilty plea be voluntary, that is, that a defendant be advised by legal counsel and understand the direct consequences of his plea. [United States v. Salmon], 944 F. 2d 1106, 1130 (3d.Cir.)

Knowing and voluntary are the standards when considering if a defendant willfully signed his plea deal. With respect to the possible sentence, attorney Michael Jarard, failed to advise his client of sentencing enhancements subsequent to signing his plea deal for POSSESSION WITH INTENT. Pro se litigant was under the impression that a sentence of 48-51 Months would be his maximum prison term and fine for the offense offerred by the Office of the U.S. Attorney; however, a term of 78-96 was declared at the sentencing hearing, with 78 Months imposed. See: Trueblood v. Davis, 301 F. 3d 784, 786 (7th Cir. 2002).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>LARRY DENNIS<br>Defendant | ) Case No. [1:21-cr-00100-1]<br>)<br>)<br>)<br>)<br>)<br>) Hon. Sharon Johnson Coleman |

<u>NOTICE OF FILING</u>

To: THOMAS G. BRUTON
    Clerk
    219 S. Dearborn St;
    Chicago, IL 60604

PLEASE TAKE NOTE: Defendant seeks to attack sentence due to the unconstitutional actions of his appointed legal counsel. It is the opinion of the Defendant that his sentence is unjust due to an enhancement that his attorney never mentioned to him. If the Defendant would have known that his guilty plea would trigger an enhancement on his sentence, he would not have signed his negotiated plea deal.

Now, the Defendant files a pro se motion to be able to file for Section 2255 Federal Relief in a post-conviction action. Please copy this notice and subsequent pro se 2255 motion for all parties to take notice.

Respectfully submitted,

*Larry Dennis*
LARRY DENNIS

By: Pro. Per.,
    Larry Dennis
    M.C.C.
    71 West Van Buren St;
    Chicago, IL 60605

Larry Dennis
29826-509
terre Haute FCi
47808
P.O Box 33



INMATE
IDENTIFICATION
CONFIRMED

To Thomas G. Bruton
Clerk of Court
219 S. Dearborn St Room 2722
Chicago, Ill 60604
Room



RECEIVED
DEC 2 1 2023
BY: